5:18 PM

 **Jordan**

AUG 12, 2018 AT 5:02 PM



**You missed a call from a contact.**
Aug 12, 2018 at 5:02 PM

**CALL BACK**

A contact set your nickname to Irena.

AUG 28, 2018 AT 2:53 AM

 What did i ever do to make you hate me so much😔.... please dont block me,  I've been through so much pain now more than ever....

 My mom is going through a lot of pain and suffering, one of my friends lost their husband recently. There was a shooting in Jacksonville Florida and 4 people were killed. I havent stopped crying for days

 It's been so tough seriously....

AUG 28,        3:22 AM

**You Blocked Jordan**
You can't message or call them in this chat, and you won't receive their messages or calls.

**UNBLOCK**

**SOMETHING'S WRONG**

5:18 PM

 **Jordan**

AUG 28, 2018 AT 3:22 AM

You didn't even at least say goodbye...after all we went through 😔





**You Blocked Jordan**
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG

5:18 PM

 **Jordan**





AUG 28, 2018 AT 3:43 AM





**You Blocked Jordan**
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG




0:10



0:20



0:16





AUG 28, 2018 AT 4:06 AM

What did i ever do to make you hate me so much😣.... please dont block me, I've been through so much pain now more than ever....

You cleared the nickname for a participant.

**You Blocked Jordan**
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG


AUG 28, 2018 AT 4:06 AM

What did i ever do to make you hate me so much😔.... please dont block me, I've been through so much pain now more than ever....

You cleared the nickname for a participant.

Btw when 100 made a promise to 69, he meant that promise....

I'm the only who knows that i texted you

i mean in my family

They all hate you honestly because of what happened, a part of me does too, But the feelings 100 had for 20 never will go away

100 missed 20 regardless of what happened....

And all the memories are too precious for me

All the times spent, all the good memories

just to be wasted like that....

My mom had surgery a few days ago and mo longer had a thyroid and she's been extremely sad and worried about everything

no longer has*

I just wished that if you didnt like something 100 did, why werent you honest with him.... he would have respected 20's wishes

I know now that everything 20 said about being in love towards 100 was all fake....unfortunately... maybe he's wrong.... but they way 20 reacted at the and says it all.... not even a goodbye.....

the*

end*

100 recognizes that he was too possessive especially at the end and too jealous and if he could go back in time he would change all that

Its definitely something that he realized but too late....

and

if he has a relationship with someone else or whoever in the future, that he will just let her be free to do whatever she wants of course not saying being okay with cheating but everything else

You Blocked Jordan
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG





Jordan



Anyways.... I honestly hope to speak with your mom one day in the future and make up for the damages, if i would be a billionaire, id pay off her house and car without saying it was me

one day....

Well i guess this is goodbye... i don't know if you care bout anything 100 is saying but if 20 had kind of feelings for 100 she would at least say something....

any*

Nothing???

Well okay 😔

Goodbye 20

Really cmon....

Say something anything

Did 100 really mean nothing to you?

You dont know how much ive suffered.....

Irena

why do this?

Just say something please have some humanity

It's been so hard for me and you dont even care 😭

Irena please

You know everyone told me not to text you but i did it anyways.....

100 never gave up on 20

eve if he said he did

What ever happened to being the strongest



didn't mean to send that thumbs up

Why do you hate me so much?

okay

fine

I'll to now

go*

You Blocked Jordan
You can't message or call them in this chat, and you won't receive their
messages or calls.

**UNBLOCK**

**SOMETHING'S WRONG**

 Jordan

go*

I just can't believe someone can be that fake with someone pretending to be in love....

100 was for real

I know you're probably just laughing at me

I hope you're happy



If you want me to lave you alone forever type a #1

leave*

If you hate me type a #2

Just tell me what you want and i'll respect it whatever it is please

Just tell me something..... I know 100 and 20 were stronger that this

Please.... don't be like this....

Irena

I'm hurting here.....

Irena

please just say something

Dont you remember all those months of facetiming

?

All those good times?

How can you ignore me so easily

You Blocked Jordan
You can't message or call them in this chat, and you won't receive their messages or calls.

**UNBLOCK**

**SOMETHING'S WRONG**

Case 8:20-cr-00292-VMC-CPT    Document 231-29    Filed 01/07/22    Page 8 of 12 PageID 4629

 Jordan

AUG 28, 2018 AT 11:44 AM

My mom doesnt let me text you, it's not true that all I said was a lie and you should know that. With all the problem that I have because of everything that you and I did, I also have one problem that is the biggest of them all. I can't even talk about this with mom... She will kill me if she finds out... My period is late....

AUG 28, 2018 AT 12:04 PM

 The way you left was evil tho.... do you realize that...

And you lied to me and faked everything

Okay so your period is late....its had been late before, and something tells me that 20 would abort.....

if she had sonething

something....

 *

AUG 28, 2018 AT 12:53 PM

**You Blocked Jordan**
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG

AUG 28, 2018 AT 12:53 PM

But before we get to that topic, You need to realize how evil your actions were, the way 20 faked her love for 100 and then trying to get him and his family in trouble after all they did for her.... 20 knew that if she said certain things that it could potentially cause problems, but 20 said those things anyways even 30 told you not. 100 asked 20 the day before, "What do you want yo do" and she said " If i wanted to go home, i would have already left, so im gonna stay" But then the next day came and 20 changed her passcode to whatsapp because she probably knew what was gonna happen and faked every smile, wink and kiss towards 100, even was writing a song that she liked on that notebook that day, all relaxed as if she knew.... Snd then, not even saying goodbye, 20 says she wants to go home even tho a day before she said she wanted to stay. 20 doesnt even attempt to communicate with 100. My mom had her first panic attack thanks to you.... and i was worried about her and even you despite what you did.... but mostly my mom...If saw what i saw, the way my mom was at that moment, you would hate 20 too...And 20 wasnt even planning on communicating with 100 as she was all happy that she even created a new IG and added all the people back that she blocked like Nicola including Gabriel even tho she apparently "hated" him which now i know thats not true and now i know that day he touched her inappropriately was because 20 liked it and allowed it. So even tho 100 loves 20 the same way with the deepest love that he knows 20 would never appreciate, he has 0 trust for her and will believe nothing she says...And if 20 ever wants to talk with 100 or his family ever again and make up for the damages that she inflicted on him and his family especially his mom, then she first has to realize that what she did was evil. If she doesnt realize that then there is nothing further to discuss. Now after she realizes what she did, she then has to not only apologize but really make up for the damages in a way that 100's family will accept her again.

But in my opinion, maybe im wrong, but i honestly dont think 20 will care to do that cause she thinks she was the victim. So as long as she thinks that and doesnt take responsibility, 100 will have nothing to do with her.

The only reason 100 is texting with 20 is because he knows that there is always hope for a person to make up for the damages that he or she has done. Thats the only reason why he hasnt given up on 20

AUG 28, 2018 AT 2:54 PM

I swear if for some reason 20 is prego and aborts and doesnt tell me....

I honestly dont think thaa the case but 😣 if for some wild reason that happens and she aborts.... oh man

dont you dare

Its the same as murder basically.....

I'll find if you did too

You know i will

I'm just asking you, dont do that

ever

Please

Thats all I'm asking

You Blocked Jordan
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG

It's funny cause you tell me mom doesn't let you text me and you just did, i can send her a screenshot

Should i i wonder?🙄

I remember one time you told me that no matter what, you'd find a way to talk to 100

well that never happened

Listen if you want me to talk to you ever again, you need to talk to me. I know your mom says dont talk to me but you already did. I told my dad that i want to still give you a chance and all your family. But you have you've got to communicate with me

unless you dont want to talk to me

just let me know

I'm only doing this for 20 because i still believe in her

But if there's no Com between us then i cant even help 20 with her possible bby

100 would never abandon one of his own

I'll get your mom to be on my side/ our side again, it will just take time

But irena you have to keep me updated on that and i can help

I mean if you dont want to communicate then why unblock me?

If you want me gone just say the word

I'll be gone

So whats it gonna be?

Either way is fine by me

But if you dont tell me soon ill make that decision for you

I'll just block you simple as that

But you would lose me forever

So I'll wait a for a bit

Just know that I'm giving you a chance to fix everything and help each other as people that actually care about each other

But i dont have all day to wait for you to say something

Look im 24 im my own man. But im super close with my family and they dont even know im texting you

I mean i think i deserve some respect after all i did for you and after all we been through

I mean remember how hard your mom and worked to get the signature from your dad?

The visas

passport

that something

was*

I miss that icecream over there with the sweet spot tbh

Damn that chocolate icecream was good i have to admit

I could use one of those

or both

You Blocked Jordan
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG


I Remember we stayed up the whole night playing Ludo And you never watched Mulan......

Everyone watched that movie

That one monkey documentary

A walk to remember

when 100 and 20 went on their first date ☝🏻

Super special

And you always eat fried squid

Which is good tho

Well i guess those memories only mean something to me

I guess thats my problem..... I hold on to good memories

So ill go now

Btw 100 still has 20's old sc

But its to be terminated in 16 days i believe

100 doesnt mind giving it to 20

if she wants it

anyways I'm out

AUG 28, 2018 AT 5:44 PM





**You Blocked Jordan**
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG

AUG 30, 2018 AT 1:02 AM

Hey so these are my final words to you

after this, I will block you everywhere for good. I'll stay out of your life and your family for good

first off: I know one day you'll realize that what you did was evil knowing that you were hurting your mom, my mom and me to the Extreme due to your actions at the end and once you realize it, at that moment you'll be a better person and i really hope one day you decide never to lie again cause its really hurtful not only to others but to yourself. The one person you cant lie to is yourself.

AUG 30, 2018 AT 1:17 AM

secondly: I wanna thank you and your family for all the good memories. I still cherish them deeply you have know idea how much you and your family meant and still mean to me. 100 still loves 20 with the deepest love ever, it doesnt matter what was said, he was never ever gonna break up with 20. The key to all final conclusions are (actions) they will always speak louder than words. 100 was ready to marry 20, he was so sure that she was the one, he had never ever in his life been so sure. He regrets the fact that he was possessive and too jealous on many occasions and that really puts an extreme scar of regret that he knows in the future that he will never attempt something like that ever again. If he could take back all that he would in a heart beat because at the end of the day love is supposed to be created everyday like the tree watered to keep its strong roots. 100 realize that he was cutting the tree little by little for his possessive and jealous actions.

Everyone is free

i remember when your mom told 100 on several occasions that its okay to be away from each other and that there should be trust

Your mom couldn't have been more right.....

So with that being said, despite the extreme emotional pain and suffering you caused my mom and I, Irena.... I wanna say i'm sorry for all those times i may have put you through that hurt you in any way, I'm sorry for being jealous, I'm sorry for being possessive, I'm sorry that i hurt you in any any way possible....

I really wish i could go back in time and not do all that

Anyways I'm gonna go now but i just want you to know that 100 will always love you, that will never change, I still think that 100 and 20 were the strongest, stronger than Romeo and Juliet

Take care 20 🌹❤️🐼🐬

**You Blocked Jordan**
You can't message or call them in this chat, and you won't receive their messages or calls.

UNBLOCK

SOMETHING'S WRONG